UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SBH HOLDINGS LLC, <br><br>     Plaintiff, <br><br> v. <br><br> AMAZON SELLER USING ASIN B003UNOY7Y, <br><br>     Defendant. | Case No. 2:25-cv-08803-SB-E <br><br><br> FINAL JUDGMENT |

For the reasons stated in the separate order granting default judgment entered this date, it is ordered and adjudged that:

1. Defendant shall pay Plaintiff $1,000 in statutory damages.

2. Defendant is enjoined and restrained from infringing Plaintiff's HYDROEYE trademark, including by using, advertising, marketing or selling goods and/or services marked with the infringing HYDROEYE trademark.

This is a final judgment.

Date: April 16, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge

1